**Opinion filed August 30, 2013**



### In The

# Eleventh Court of Appeals

_____

## No. 11-13-00016-CR

_____

## MALLORY PAIGE MEEKS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. 14240**

---

### M E M O R A N D U M   O P I N I O N

Mallory Paige Meeks has filed in this court a motion to dismiss her appeal and a letter granting permission to dismiss. The motion is signed by Appellant's counsel, and the attached letter authorizing the dismissal is signed by Appellant. Consequently, we dismiss the appeal pursuant to TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


August 30, 2013                                                                 PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.